**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**LAUREN RABB WELLS**

                                                 **PLAINTIFF**

**VS.**                       **CIVIL ACTION NO. 4:07cv151 TSL-JCS**

**LAUDERDALE COUNTY SCHOOL**
**DISTRICT**                                   **DEFENDANT**

---

## O R D E R

This cause is before the court sua sponte for consideration of dismissal of this action for failure of plaintiff to prosecute. A review of the court docket reflects that the complaint was filed on November 26, 2007, and as of this date no process has been served upon the defendant. More than 120 days have elapsed since the filing of the case.

IT IS, THEREORE, ORDERED that the above styled and numbered cause be, and the same is hereby dismissed without prejudice for failure of plaintiff to prosecute.

IT IS SO ORDERED, this the 31st day of March, 2008.

                               /s/Tom S. Lee
                               UNITED STATES DISTRICT JUDGE